**Order entered September 15, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00689-CR

**AMON TAWANDA DZWAIRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82237-2013**

## ORDER

The Court **REINSTATES** the appeal.

On August 18, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) Indu Bailey is the court reporter who recorded the proceedings; (4) Ms. Bailey's explanation for the delay in filing the record is her workload; and (5) Ms. Bailey requested six weeks from the September 11, 2015 findings to file the reporter's record.

We **ORDER** Indu Bailey, official court reporter of the 219th Judicial District Court, to file the complete reporter's record, including all exhibits admitted into evidence, within

**FORTY-FIVE DAYS** of the date of this order. Because the record is already more than two months overdue, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order to Indu Bailey, official court reporter, 219th Judicial District Court, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE
